UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB NAEGLE, AD2475,<br>                Plaintiff,<br>v.<br>CRC NORCO,<br>                Defendant(s). | Case No. 20-cv-07970-CRB  (PR)<br><br>**ORDER DIRECTING CLERK TO CLOSE/TERMINATE ACTION** |

On November 13, 2020, the clerk filed as a new action a letter from plaintiff complaining about the conditions of his confinement at the California Rehabilitation Center (CRC) in Norco. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). The court sent plaintiff blank prisoner complaint and IFP forms and advised him that failure to file the requested items within 28 days would result in dismissal of the action.

On December 10 and 28, 2020, plaintiff filed letters indicating that it was not his intent to file a new action but rather to bring to the attention of Judge Jon Tigar, who is overseeing a class action regarding overcrowding and other conditions in the state prisons, the COVID-19 related shortcomings at CRC. On January 7, 2021, plaintiff filed yet another letter expanding on the COVID-19 related shortcomings at CRC.

The clerk is directed to close/terminate this action as improvidently opened/filed and to send a copy of plaintiff's January 7, 2021 letter to class counsel in Plata v. Newsom, 01-cv-01351-JST. No filing fee for this improvidently opened/filed action is due. Plaintiff is reminded that, if

he wishes, he may file an individual action concerning COVID-19 related shortcomings at CRC in federal court. But because CRC is in Riverside County, such action should be filed in the United States District Court for the Central District of California, Eastern Division. See 28 U.S.C. § 84(c)(1).

**IT IS SO ORDERED**.

Dated: January 11, 2021

_____
CHARLES R. BREYER
United States District Judge